**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                                                                                            Chapter 13
                                                                         Case No.: 18-14386-RAM

**JUAN C. LEZAMA**,

      Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIX TRUST** ("Secured Creditor"), in these proceedings.

     All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 20th day of July, 2018.**

                                                                           Respectfully submitted,

                                                                           **GHIDOTTI | BERGER, LLP**
                                                                           *Attorneys for Secured Creditor*
                                                                           3050 Biscayne Blvd. - Suite 402
                                                                           Miami, Florida 33137
                                                                           Telephone: (305) 501.2808
                                                                           Facsimile: (954) 780.5578

                                                          By:    /s/ Chase A. Berger
                                                                     Chase A. Berger, Esq.
                                                                    Florida Bar No. 083794
                                                                   cberger@ghidottiberger.com

*Case No.:18-14386-RAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

        By: /s/ Chase A. Berger
           Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **Juan C. Lezama** | **Samir Masri, Esq.** |
| 12960 SW 133rd Terrace | 901 Ponce de Leon Blvd #101 |
| Miami, FL 33186 | Coral Gables, FL 33134 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Nancy K. Neidich** | **Office of the US Trustee** |
| P.O. Box 279806 | 51 S.W. 1st Avenue - Suite 1204 |
| Miramar, FL 33027 | Miami, FL 33130 |

        By: /s/ Chase A. Berger
           Chase A. Berger, Esq.