B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  Juan C. Lezama                    ,                     Case No.  18-14386-RAM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HMC Assets, LLC, solely in its capacity as separate trustee of CAM XIX Trust | U.S. ROF III Legal Title Trust 2015, by U.S. Bank, N.A., as Legal Title Trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Planet Home Lending, LLC, Attn: Customer Service
321 Research Parkway, Suite 303
Meriden, CT 06450
Phone:  866-882-8187
Last Four Digits of Acct #:  4544

Court Claim # (if known):  3-1
Amount of Claim:  $450,872.86
Date Claim Filed:  05/24/2018

Phone:  312-291-3781
Last Four Digits of Acct. #:  3499

Name and Address where transferee payments should be sent (if different from above):
Planet Home Lending, LLC, Attn: Customer Service
321 Research Parkway, Suite 303
Meriden, CT 06450
Phone:  866-882-8187
Last Four Digits of Acct #:  4544

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /c/ Chase A. Berger, Esq.                       Date:  07/31/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Case No.:18-14386-RAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Juan C. Lezama**
12960 SW 133rd Terrace
Miami, FL 33186

*Debtor's Counsel*
**Samir Masri, Esq.**
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.